**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| WESTPORT FUEL SYSTEMS CANADA INC., | Case No. 2:21-cv-00454-RWS |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | Oral Argument Requested |
| MERCEDES-BENZ USA, LLC, | |
| Defendant. | |

**ORDER GRANTING DEFENDANT MERCEDES-BENZ USA, LLC'S
MOTION TO DISMISS PURSUANT TO RULE 12(b)(3) AND 12(b)(6)**

On consideration of Mercedes-Benz USA, LLC's ("MBUSA") motion to dismiss pursuant

to Rule 12(b)(3) and 12(b)(6) and supporting declaration and exhibits, the Court is of the opinion

that the motions by MBUSA should be GRANTED.

It is hereby ORDERED that Defendant MBUSA is DISMISSED.