# Exhibit B



## Schedule Service at Mercedes-Benz of McKinney

Schedule your service

Start with Phone or Email — SEARCH

Sign in with Google · Have an account? Sign in

I'm a new customer
**MAKE · YEAR · MODEL**

xtime PRIVACY TERMS 7.53



I'm a new customer
**MAKE · YEAR · MODEL**

xtime PRIVACY TERMS 7.53



## Welcome to Mercedes-Benz of McKinney

At Mercedes-Benz of McKinney, we believe in transparency, comfort and letting you choose the right vehicle from our new or used inventory. We offer a Sonic Automotive experience with a VIP-style lounge complete with tablets. Whether you come from Dallas, Plano, Frisco or Allen, you can provide a comfortable spot to peruse our options at your pace.

### McKinney Car Financing & Leasing Options

Our new Mercedes-Benz models include something for everyone. Here are a few of the new Mercedes-Benz vehicles available for purchase, leasing or financing.

- **Coupes** – Zip around town in a brand-new Mercedes-Benz Coupe including several CLA 250 and 250 4MATIC® and the CLA 45 4MATIC®, C-Class C 300 and C 300 4MATIC®, AMG® C 43 series, E 450 and E 400 4MATIC®, CLS, S-Class and more. Look forward to putting the top down on the C-Class C 300 convertibles.
- **Sedans & Wagons** – If you prefer a sedan, we offer the C-Class C 300 sedans and cabriolets, C 350 4MATIC®, E-Class E 300 and E 450 sedans plus the E 300 and E 400 4MATIC®, the S-Class S 450 and 450 4MATIC®, S60 and S60 4MATIC®, the Maybach S60 and S60 4MATIC® sedans, and the E 400 4MATIC® wagon.
- **SUVs** – Choose from the GLA 250, GLC 300, GLE and AMG® GLE 43 4MATIC®, GLS series and the G-Class models.
- **Vans** – The Metris van is still available as is the Sprinter 2500 High Roof V6.
- **Convertibles & Roadsters** – Test-drive a C-Class, E-Class, or S-Class Cabriolet, an SLC or SL roadster, or the AMG® GT roadster.
- **Electric & Hybrid** – see several road-friendly electric or hybrid Mercedes-Benz vehicles.

Leasing options include our special offers, which change often. We offer generous, 36-month leasing options on our vehicles. Select courtesy fleet vehicles and demo models may have special financing options offered. We honor Mercedes-Benz national leasing offers. If you plan to use your vehicle locally and like a variety, leasing may provide some benefits for you. When you travel extensively and tend to keep your vehicle for several years, you may want to purchase or explore financing options with one of our financing professionals. Financing options include purchase and loan financing for qualified buyers.

### Used Cars for Sale in McKinney

We offer not only pre-owned Mercedes-Benz vehicles but other pre-owned vehicles from quality brands. Certified pre-owned inventory is available today. We offer special financing rates on our pre-owned inventory, but the specials change so check back frequently. Check our pre-owned inventory lineup in our VIP lounge using our complimentary tablets. You can check our lineup and prices against third-party sites using the tablet as well.

### Car Service & Auto Parts in McKinney

Our highly-trained technicians know every aspect of your Mercedes-Benz vehicle. Let our experts provide the proper service and repairs you may require. We stock a comprehensive number of Mercedes-Benz genuine parts in our parts department. Any parts or accessories you may need are available.

While your Mercedes-Benz gets the service it needs, we offer complimentary services to make your life easier in comfort and style. Here are a few concierge services offered for your comfort and convenience:

- Enjoy a cup of coffee on us. Our exclusive café serves breakfast and lunch daily, Monday through Saturday.
- Free Wi-Fi is available in our lounge for your convenience.
- If you need to get back to work or home, take our complimentary shuttle to your destination.
- If you need a loaner vehicle while we service your car, a complimentary Mercedes-Benz is available for your use.

All Concierge service benefits are available at no additional cost when you get your Mercedes-Benz serviced by our qualified, expert technicians. You can schedule your service appointment online or by calling us today.

When you purchase your vehicle from us, you get full transparency. Check us out online, fill out a contact form, give us a call or come to our dealership for the finest courteous service offered by our friendly staff.

Mercedes-Benz of McKinney
2080 North Central Expressway
McKinney, TX 75070
(855) 251-8010
Mercedes-Benz Dealer Serving McKinney

### Hours

Monday 9:00 am - 8:00 pm
**Tuesday 9:00 am - 8:00 pm**
Wednesday 9:00 am - 8:00 pm
Thursday 9:00 am - 8:00 pm
Friday 9:00 am - 8:00 pm
Saturday 9:00 am - 7:00 pm
Sunday Closed

See All Department Hours

Base MSRP excludes transportation and handling charges, destination charges, taxes, title, registration, preparation and documentary fees, tags, labor and installation charges, insurance, and optional equipment, products, packages and accessories. Options, model availability and actual dealer price may vary. See dealer for details, costs and terms. Price excludes tax, tag, title, dealer installed options, and $157.25 documentary fee.

We have taken reasonable efforts to ensure display of accurate data; however, the information shown may contain errors and omissions, may not reflect all vehicle items and accessories, and errors with regard to pricing may occur. All displayed inventory is subject to prior sale and all prices expire at midnight on the date displayed. Price shown is for the state in which Dealer is physically located and if transferred to another state, the price may change. Dealer is not responsible for any errors but should be consulted in person to confirm the information on the page.

USED VEHICLES MAY BE SUBJECT TO UNREPAIRED MANUFACTURER RECALLS.   PLEASE CONTACT THE MANUFACTURER OR A DEALER FOR THAT LINE MAKE FOR RECALL ASSISTANCE/QUESTIONS or CHECK THE NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION WEBSITE FOR CURRENT RECALL INFORMATION BEFORE PURCHASING.