# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WESTPORT FUEL SYSTEMS CANADA, INC., <br> *Plaintiff,* <br> v. <br><br> FORD MOTOR COMPANY, | § § § § § § § § § | Case No. 2:21-cv-00453-RWS-RSP <br> (Lead) |
| MERCEDES-BENZ USA, LLC, | § § § § § | Case No. 2:21-cv-00454-RWS-RSP <br> (Member) |
| FCA USA, LLC D/B/A FCA GROUP US LLC, <br><br> *Defendant.* | § § § § § | Case No. 2:21-cv-00457-RWS-RSP <br> (Member) |

## ORDER

Before the Court plaintiff Westport Fuel Systems Canada Inc. ("Westport") moves, Dkt. No. 112, unopposed to withdraw Jonathan M. Pierce of Porter Hedges LLP as counsel of record for Westport in each of the consolidated cases set forth above. Having considered the motion and its unopposed nature, the Court finds that it should be and hereby is **GRANTED**. The Clerk of Court is **ORDERED** to remove Jonathan M. Pierce of Porter Hedges LLP as counsel of record for Westport in *Westport Fuel Systems Canada Inc. v. Ford Motor Company*, Civil Action No. 2:21-cv-00453-RWS-RSP; *Westport Fuel Systems Canada Inc. v. Mercedes-Benz USA LLC*, Civil Action No. 2:21-cv-00454-RWS-RSP; and *Westport Fuel Systems Canada Inc. v. FCA USA LLC*, Civil Action No. 2:21-cv-00457-RWS-RSP.

**SIGNED this 17th day of August, 2022.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE