IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WESTPORT FUEL SYSTEMS CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br><br> Defendant, <br><br><br> MERCEDES-BENZ USA, LLC <br><br><br><br> Defendant. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-00453-RWS <br> (LEAD) <br><br><br><br><br> CIVIL ACTION NO. 2:21-CV-00454-RWS <br> (MEMBER) |

## ORDER

Pursuant to the Court's order adopting the Report and Recommendation of the United States Magistrate Judge (Docket No. 120) and granting Defendant Mercedes-Benz USA, LLC's ("MBUSA") Motion to Dismiss (Docket No. 11),[1] the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that all claims asserted by Plaintiff Westport Fuel Systems Canada Inc. against Defendant MBUSA in the above-titled cause of action are hereby **DISMISSED WITHOUT PREJUDICE** for lack of proper venue, and Plaintiff shall bear the costs. It is further

**ORDERED** that all pending motions are **DENIED-AS-MOOT** as it pertains to any and all claims asserted by Plaintiff against Defendant MBUSA.

---

[1] Defendant MBUSA's Motion to Dismiss is docketed within the related member case (Civil Action No. 2:21-CV-00453).

The Clerk of the Court is directed to close Civil Action No. 2:21-CV-00454.

It is so **ORDERED**.

**SIGNED this 30th day of September, 2022.**

                                                    ROBERT W. SCHROEDER III
                                                    UNITED STATES DISTRICT JUDGE